UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAEONTAE MOORE,

    Defendant.

**INDICTMENT**

_____/

The Grand Jury charges:

### FELON IN POSSESSION OF A FIREARM

On or about May 5, 2024, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

JAEONTAE MOORE,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded .380 caliber Ruger LCP semi-automatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## FORFEITURE ALLEGATION

The allegation contained in this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment, Defendant,

JAEONTAE MOORE,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense. The property to be forfeited includes, but is not limited to, the following:

(1) A .380 caliber Ruger LCP semi-automatic pistol and

(2) four rounds of .380 caliber ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
LATOYIA T. CARPENTER
Assistant United States Attorney